

Lewis House

# Nelson W. Cameron

*Attorney at Law*
*675 Jordan Street*
*Shreveport, Louisiana 71101*

August 28, 2018

*(318) 226-0111*
*Fax No. (318) 226-0760*

Hon. Elizabeth Foote
Judge, United States District Court
Western District of Louisiana
300 Fannin Street
Shreveport, Louisiana 71101

    Re:   Alex Wilson vs. Azalea Cleaners, Inc., Civil Action No. 5:17-cv-00680,
            EEF-KLH, United States District Court, Western District of Louisiana,
            Shreveport Division

Dear Judge Foote:

    This letter will serve as notice that the parties in the above referenced matter have reached a settlement in this matter. If you need any other information, please call or write.

    With kind regards I remain,

                                      Sincerely,

                                      /s/ Nelson W. Cameron

                                      Nelson W. Cameron

NWC/va