UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ALEX WILSON | CIVIL ACTION No. 17-00680 |
| VERSUS | JUDGE: HON. ELIZABETH E. FOOTE |
| AZALEA CLEANERS, INC. | MAGISTRATE: HON. KAREN L. HAYES |

## ORDER

THE FOREGOING MOTION CONSIDERED:

**IT IS HEREBY ORDERED** that the entire suit be and is hereby dismissed against AZALEA CLEANERS, INC. with prejudice, with each party to bear their own costs.

**THUS DONE AND SIGNED** on this the 30th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

01532845-1